UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA MCCAIN<br><br>       Plaintiff,<br><br>  v.<br><br>BARBARA BAZRON, DIRECTOR OF DC DEPARTMENT OF BEHAVIORAL HEALTH,<br><br>       Defendant. | Case No. 20-cv-003332-FYP |

## DEFENDANT THE DISTRICT OF COLUMBIA'S MOTION FOR SUMMARY JUDGMENT

Defendant the District of Columbia moves the Court for an order granting summary judgment in its favor on Plaintiff Donna McCain's hostile work environment claim under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, and the District of Columbia Human Rights Act, D.C. Code § 2-1401 et. seq.  The undisputed evidence produced in discovery reveals that Plaintiff did not suffer severe and pervasive harassment and therefore no reasonable jury could find that the District subjected her to a hostile work environment in violation of Title VII or the Human Rights Act.  Further, even if Plaintiff was subjected to a hostile work environment, Plaintiff still cannot hold the District liable because no evidence shows that the District knew or should have known about the extent of the alleged harassment.

In support of this motion, the District attaches a statement of material facts as to which there is no genuine despite, memorandum of points and authorities, and a proposed order.

November 21, 2022                              Respectfully submitted,

                                                        KARL A. RACINE
                                                        Attorney General for the District of Columbia

2

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *John J. Bardo*
JOHN J. BARDO [1655534]
Assistant Attorneys General
Civil Litigation Division
Office of the Attorney General
400 6th Street NW
Washington, DC 20001
202-724-6534
John.Bardo@dc.gov

*Attorneys for the Defendants*