UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONNA MCCAIN<br><br>      Plaintiff,<br><br>  v.<br><br>BARBARA BAZRON, DIRECTOR OF DC DEPARTMENT OF BEHAVIORAL HEALTH,<br><br>      Defendant. | Case No. 20-cv-003332-FYP |

## ORDER

Upon consideration of Defendant the District of Columbia's Motion for Summary Judgment it is this __ day of _____, 20__ hereby

ORDERED that Defendant's motion is GRANTED; and it is

FURTHER ORDERED that this lawsuit shall be DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
Hon._____
United Stated District Judge

1